**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Regina Renee JONES, Defendant–Appellant.**

**No. 05–10254
Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 14, 2007.

Tanya K. Pierce, Assistant U.S. Attorney, U.S. Attorney's Office, Northern Dis-

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

trict of Texas, Lubbock, TX, for Plaintiff–Appellee.

Regina Renee Jones, Fort Worth, TX, pro se.

Monte Lee Sherrod, Monte Lee Sherrod & Associates, Abilene, TX, for Defendant–Appellant.

Before BARKSDALE, GARZA, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Regina Renee Jones on appeal has moved for leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Jones has responded to counsel's motion. Our independent review of the brief, Jones's response, and the record discloses no nonfrivolous issue in this appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.